ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. | ) | NO.  C 05 2666 JCS |
| | ) | |
| Plaintiffs, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| vs. | ) | |
| | ) | |
| TD ROWE AMUSEMENTS, INC., a | ) | |
| corporation, also known as T.D. ROWE | ) | |
| CORP. INC., and as T.D. ROWE | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that the Case Management Conference in this

case set for December 9, 2005 be continued to January 27, 2006 at 1:30

p.m. in Courtroom A, 15th Floor, San Francisco, CA.

Dated: _December 7, 2005_____

_____
Magistrate Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE